IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ANDREA INSUNZA-LOPEZ,  )<br>CERVANDO TERAN TERRAZAS,  )<br>  )<br>Defendants.  ) | 8:12CR282<br><br>ORDER |

This matter is before the court on defendant Andrea Insunza-Lopez's motion to continue trial [368] as counsel was recently appointed and needs time to review discovery and plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 23, 2013 is continued to **August 27, 2013.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 27, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 5, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**